Cite as 2026 Ark. 109

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CIVIL PRACTICE – RECOMMENDATIONS TO AMEND RULE 6(D) OF THE ARKANSAS RULES OF CIVIL PROCEDURE | **Opinion Delivered:** June 4, 2026 |

## PER CURIAM

The Arkansas Supreme Court's Committee on Civil Practice submitted the following for changes to Rule 6(d) of the Arkansas Rules of Civil Procedure.[1] The adopted amendments are shown in "line-in, line-out" form. We now adopt this rule change, effective the date of this order.

We thank the Committee members for their work on this project.

**Rule 6. Time**

★ ★ ★ ★

(d) ***Additional Time After Service by Mail, or Commercial Delivery Company, or Electronic Transmission***. Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, commercial delivery company, or electronic transmission, including e-mail ***or service through the court's electronic filing system*** pursuant to Rule 5(b)(2), three (3) business days shall be added to the prescribed period. Provided, however, that this subdivision shall not extend the time in which the defendant

---

[1]It was published for comment as part of a larger set. *In re Ark. Sup. Ct. Comm. on Civ. Prac.*, 2024 Ark. 115 (per curiam).

must file an answer or pre-answer motion when service of the summons and complaint is by mail or commercial delivery company in accordance with Rule 4.

**Reporter's Note, 2026 Amendment**: The 2026 amendment to Rule 6(d) clarifies that three business days are added to the time for a response when service is through the court's electronic filing system. The portion of Administrative Order No. 21 making service of a document effective upon transmission of the electronic filing notice by the clerk created an ambiguity in the opinion of some practitioners regarding the applicability of the three extra business days for response. This amendment clarifies three business days are to be added.

WEBB, J., not participating.